FILED

04/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0126

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0126

_____

MEL COOK, LOEY KNAPP, JAMES
WALTERS, DAVID MCKINLEY, SUSAN
EVANS, PAT GRONINGER, and TERRI
GRONINGER,

      Plaintiffs and Appellees,

    v.

BERTA'S FARM, LLC,

      Defendant and Appellant.

O R D E R

_____

The Town of Stevensville has filed a motion to intervene as an appellee in this matter. The Town states it will adopt the arguments and briefing of the Appellees. Appellant Berta's Farm, LLC opposes the motion.

Upon consideration of The Town's motion and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. The Town of Stevensville is allowed to intervene as an appellee pursuant to M. R. App. P. 2(1)(f).

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 30 2024